# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOHNNY CALVIN OLLIS,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:03cv257-1-MU

JAMES BOYD BENNETT, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/13/06 Order.

　　　　　　　　　　　　　　　　　　　FRANK G. JOHNS, CLERK

March 13, 2006

　　　　　　　　　　　　　　　　　　　　　*s/Elizabeth Barton*
　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　Elizabeth Barton, Deputy Clerk